IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEVON DEVON NEWTON,** : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **PHILADELPHIA PENNSYLVANIA** : <br> **ADULT PROBATION AND** : <br> **PAROLE DEPARTMENT**, *et al.*, : <br> Defendants. : | **CIVIL ACTION NO. 25-908-KSM** |

## ORDER

**AND NOW**, this 2nd day of April, 2025, upon consideration of Plaintiff Devon Newton's Motion to Proceed *In Forma Pauperis* (Doc. No. 1), and *pro se* Complaint (Doc. No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Clerk of Court is directed to **ADD** Eric Corey Jr. and Sinai Hill as Defendants to the docket.

4. The claims in the Complaint are **DISMISSED WITH PREJUDICE** for the reasons stated in the accompanying Memorandum.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Karen Spencer Marston
**KAREN SPENCER MARSTON, J.**